Order Filed on
**9/10/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNDERWOOD & MICKLIN, LLC**
Attorneys at Law
1236-J Brace Road
Cherry Hill, NJ 08034
(856) 616-8401
By: Andrew Micklin, Esquire (AM9336)
Attorneys for Debtor

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | CHAPTER 13 |
| In Re: | Case No.: 14-12519 MBK |
| DENISE WHITE | Hearing Date: |
|  | Honorable Michael B. Kaplan |

CONSENT ORDER

The relief set forth on the following page is hereby ORDERED.

**DATED: 9/10/2014**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Case No: 14-12519 MBK

This matter coming before the Court by way of Objection by Andrew M. Lubin, Esquire, attorney for DLJ Mortgage for failure of debtor's Chapter 13 Plan to pay all pre-petition arrears, and by way of Consent of the parties, and for good cause being shown it is hereby,

**ORDERED** as follows:

__X__ Debtor, Denise White shall pay DLJ Mortgage pre-petition arrears in the amount of $18,342.19.

We consent to the terms
and entry of the above Order

_____
Andrew Micklin, Esquire
Attorney for Debtor

_____
Andrew M. Lubin, Esquire
Attorney for DLJ Mortgage